| | | |
|---|---|---|
| Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL IX | | |
| MOUSSA GABALE Y OTROS<br><br>Recurridos<br><br>V.<br><br>AROUND THE WORLD HOLDINGS, LLC Y OTROS<br><br>**NOEMÍ PÉREZ GÓMEZ**<br><br>Peticionaria | KLCE202500130 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Caso Núm.:<br>CA2023CV00763<br><br>Sobre:<br>Incumplimiento de Contrato |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero, el Juez Campos Pérez y el Juez Sánchez Báez.

Marrero Guerrero, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 28 de marzo de 2025.

El 7 de febrero de 2025 la Sra. Noemi Pérez Gómez (señora Pérez Gómez o peticionaria) presentó un recurso de *certiorari* en el que solicitó que revisáramos cierta determinación del Tribunal de Primera Instancia, Sala Superior de Carolina (TPI) en la que dicho Foro rechazó dejar sin efecto la anotación de rebeldía emitida en su contra el 23 de agosto de 2024. Así las cosas, y tras el recibo de la oposición a la solicitud de *certiorari* presentada por los recurridos, el 24 de marzo de 2025 la peticionaria presentó una *Moción Informativa Sobre Desestimación del Caso Por el Tribunal de Primera Instancia*, en la que informó a este Tribunal que el 14 de marzo de 2025 el TPI dictó Sentencia en el caso ante el incumplimiento de los demandantes con prestar fianzas de no residentes conforme a lo dispuesto en la Regla 69.5 de Procedimiento Civil, 32 LPRA Ap. V, R. 69.5.

Como es sabido, la Regla 83(B) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83 (B), dispone que una parte

podrá solicitar en cualquier momento la desestimación de un recurso, entre otras razones, porque el mismo ha convertido en académico. Por su parte, el inciso (C) de la referida Regla establece que el Tribunal de Apelaciones, a iniciativa propia, podrá desestimar un recurso de apelación o denegar un auto discrecional por cualquiera de los motivos consignados en el inciso (B) de la propia Regla.

Cónsono con lo anterior, y considerados los términos de la *Sentencia Final* dictada y notificada por el TPI el 14 de marzo de 2025, se ordena el archivo del presente asunto por haberse tornado el recurso en académico, debido a la desestimación de la demanda en la que se originó la controversia que fuera presentada ante nuestra consideración.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones